UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Trust established under the Pooling and Servicing Agreement relating to the Wachovia Bank Commercial Mortgage Trust Commercial Mortgage Pass-Through Certificates, Series 2007-C30 | **ORDER**<br><br>21 Misc. 175 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      CWCapital Asset Management LLC's reply, if any, to Pacific Investment Management Company LLC's opposition brief (Dkt. No. 6) is due by February 26, 2021.

Dated: New York, New York
       February 19, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge